| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION |

| | | |
|---|---|---|
| JOSE MOREIRA, Individually and On Behalf of All Others Similarly Situated, | § § § | |
| *Plaintiff(s)*, | § § | |
| v. | § § | No. 4:20-cv-02152 |
| SPITZER INDUSTRIES, INC., | § § § | |
| *Defendant(s)*. | § | |

## JOINT NOTICE OF SETTLEMENT

All matters in controversy between the parties have been settled, in principle. The parties therefore request that the Court stay all pending deadlines for thirty (30) days so that appropriate dismissal papers can be submitted.

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| MOORE & ASSOCIATES | LOCKE LORD LLP |
| 440 Louisiana Street, Suite 675 | 600 Travis Street, Suite 2800 |
| Houston, Texas 77002-1063 | Houston, Texas 77002-3095 |
| Telephone: (713) 222-6775 | Telephone: (713) 226-1684 |
| Facsimile: (713) 222-6739 | Facsimile: (713) 229-2626 |

By: */s/ Melissa Moore*
Melissa Moore
Tex. Bar. No. 24013189
S.D. Tex. Bar No. 25122
melissa@mooreandassociates.net

By: /s/ J. Michael Rose *with permission MAM
J. Michael Rose
Tex. Bar. No. 24041819
S.D. Tex. Bar No. 36797
mrose@lockelord.com

**ATTORNEYS FOR PLAINTIFF
JOSE MOREIRA**

**ATTORNEYS FOR DEFENDANT
SPITZER INDUSTRIES, INC.**

CERTIFICATE OF SERVICE

 As required by Fed. R. Civ. P. 5(a)(1), I certify that I served a copy of this document on all parties or their attorney(s) of record—who are listed below—in accordance with Fed. R. Civ. P. 5(b) as follows:

 Mr. J. Michael Rose
mrose@lockelord.com
Mr. Evan C. Blankenau
evan.blankenau@lockelord.com
LOCKE LORD LLP
600 Travis Street, Suite 2800
Houston, Texas 77002-3095
Facsimile: (713) 229-2626
*Attorney(s) for Defendant Spitzer Industries, Inc.*

- [ ] mail
- [ ] personal delivery
- [ ] leaving it at [ ] office [ ] dwelling
- [ ] leaving it with court clerk
- [ ] electronic means
- [ ] other means
- [x] CM/ECF system

February 1, 2021
Date

/s/ Melissa Moore
Melissa Moore

- 3 -