| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

United States District Court
Southern District of Texas
**ENTERED**
February 02, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Jose Moreira, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-20-2152 |
| | § | |
| Spitzer Industries, Inc., | § | |
| | § | |
| Defendant. | § | |

## Conditional Dismissal

1. Having been advised that the parties have settled, this case is dismissed with prejudice.

2. By March 1, 2021, the parties may move for reinstatement.

3. The court retains jurisdiction to enforce the settlement. (19)

Signed on February 2, 2021, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge